DEBORAH L. THORNE
## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAMS, DAVID R. | § | Case No. 13-32647 |
| WILLIAMS, MELODY L. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/15/2013 . The undersigned trustee was appointed on 08/15/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 32,703.10 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 12.09 |
| Bank service fees | | 377.63 |
| Other payments to creditors | | 450.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 31,863.38 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/03/2014 and the deadline for filing governmental claims was 01/03/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,019.57 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,019.57 , for a total compensation of $ 4,019.57 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/03/2015                By: /s/PHILIP V. MARTINO
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-32647 | XXX | Judge: DEBORAH L. THORNE | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | WILLIAMS, DAVID R. | | | Date Filed (f) or Converted (c): | 08/15/13 (f) |
| | WILLIAMS, MELODY L. | | | 341(a) Meeting Date: | 10/02/13 |
| For Period Ending: | 11/03/15 | | | Claims Bar Date: | 01/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2006 FORD F350 LARIAT | 14,000.00 | 10,695.66 | | 10,695.66 | FA |
| 2. 9121 S. Justine Street, Chicago, IL 60620 | 40,000.00 | 20,000.00 | | 22,000.00 | FA |
| 3. Cash on Hand | 60.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT | 995.66 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSIT | 1,480.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. MISC BOOKS | 200.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 9. COSTUME JEWELR | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. GLOCK 23 AND XDS HANDGUNS | 500.00 | 0.00 | | 0.00 | FA |
| 11. SPORTS EQUIPMENT | 350.00 | 0.00 | | 0.00 | FA |
| 12. LIFE INSURANCE POLICIES | 4,700.00 | 0.00 | | 0.00 | FA |
| 13. PENSION | Unknown | 0.00 | | 0.00 | FA |
| 14. D&M PROPERTIES | 0.00 | 0.00 | | 0.00 | FA |
| 15. PERSONAL INJURY | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2004 GMC YUKON | 5,000.00 | 0.00 | | 0.00 | FA |
| 17. COMPUTER | 200.00 | 0.00 | | 0.00 | FA |
| 18. TOOLS | 250.00 | 0.00 | | 0.00 | FA |
| 19. Refund of IDOR Taxes paid 7/21/15 (u) | 0.00 | 7.44 | | 7.44 | FA |
| 20. ACCOUNTS RECEIVABLE | 80,000.00 | 0.00 | | 0.00 | FA |
| 21. 8200 S Christiana Avenue | 147,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 22. 9545 S Hoyne Avenue | 418,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 23. 7831 S Union | 97,333.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                                                              Ver: 19.00

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 13-32647 | XXX | Judge: DEBORAH L. THORNE | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | WILLIAMS, DAVID R. | | | Date Filed (f) or Converted (c): | 08/15/13 (f) |
| | WILLIAMS, MELODY L. | | | 341(a) Meeting Date: | 10/02/13 |
| | | | | Claims Bar Date: | 01/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. 6156 S Washtenaw Avenue          Abandoned pursuant to Order (Docket 60). | 242,683.00 | 0.00 | OA | 0.00 | FA |
| 25. 9355 S Laflin Street          Abandoned pursuant to Order (Docket 60). | 465,000.00 | 0.00 | OA | 0.00 | FA |
| 26. 9017 S. Bishop          Abandoned pursuant to Order (Docket 60). | 137,500.00 | 0.00 | OA | 0.00 | FA |
| 27. 7615-23 Blackstone          Abandoned pursuant to Order (Docket 60). | 249,166.00 | 0.00 | OA | 0.00 | FA |
| 28. 312-316 E 75th Street          Abandoned pursuant to Order (Docket 60). | 187,666.00 | 0.00 | OA | 0.00 | FA |
| 29. 9036-38 S Bishop          Abandoned pursuant to Order (Docket 60). | 330,000.00 | 0.00 | OA | 0.00 | FA |
| 30. 3232 S Bishop          Abandoned pursuant to Order (Docket 60). | 295,890.00 | 0.00 | OA | 0.00 | FA |
| 31. 9327 S. Peoria          Abandoned pursuant to Order (Docket 60). | 57,300.00 | 0.00 | OA | 0.00 | FA |
| 32. 7800-02 S Michigan          Abandoned pursuant to Order (Docket 60). | 389,000.00 | 0.00 | OA | 0.00 | FA |
| 33. 9000-9002 S. Bishop          Abandoned pursuant to Order (Docket 60). | 289,000.00 | 0.00 | OA | 0.00 | FA |
| 34. 9040 S Bishop          Abandoned pursuant to Order (Docket 60). | 252,000.00 | 0.00 | OA | 0.00 | FA |
| 35. 9400 S. Laflin          Abandoned pursuant to Order (Docket 60). | 389,000.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No:       13-32647    XXX    Judge: DEBORAH L. THORNE                  Trustee Name:              PHILIP V. MARTINO
Case Name:     WILLIAMS, DAVID R.                                           Date Filed (f) or Converted (c):    08/15/13 (f)
               WILLIAMS, MELODY L.                                          341(a) Meeting Date:       10/02/13
                                                                            Claims Bar Date:           01/03/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $4,098,073.66 | $30,703.10 | | $32,703.10 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/15     Current Projected Date of Final Report (TFR): 12/31/15

    /s/    PHILIP V. MARTINO
_____  Date: 11/03/15
    PHILIP V. MARTINO

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 13-32647 -XXX | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | WILLIAMS, DAVID R. | | Bank Name: | ASSOCIATED BANK |
| | WILLIAMS, MELODY L. | | Account Number / CD #: | *******9887  Checking Account |
| Taxpayer ID No: | *******6694 | | | |
| For Period Ending: | 11/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 2,346.00 | | 2,346.00 |
| C  02/27/14 | 2 | David and Anita Williams | | 1110-000 | 10,000.00 | | 12,346.00 |
| C  03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,336.00 |
| C  04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Pro Rata Bond 016026455 | 2300-000 | | 12.09 | 12,323.91 |
| C  04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.34 | 12,305.57 |
| C  04/08/14 | 1 | D&M Properties<br>P.O. Box 438122<br>Chicago, IL 60643 | February Payment on Car | 1129-000 | 1,182.00 | | 13,487.57 |
| C  04/08/14 | 1 | D&M Properties<br>P.O. Box 438122<br>Chicago, IL 60643 | March Payment on Cars | 1129-000 | 1,182.00 | | 14,669.57 |
| C  05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.32 | 14,649.25 |
| C  06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.78 | 14,627.47 |
| C  07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.04 | 14,606.43 |
| C  08/05/14 | 1 | D&M Properties | 2 payments 1184.00 | 1129-000 | 2,368.00 | | 16,974.43 |
| C  08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.72 | 16,952.71 |
| C  09/08/14 | 1 | D & M Properties<br>P.O. Box 438122<br>Chicago, IL 60643 | 2 payments plus on car | 1129-000 | 2,390.33 | | 19,343.04 |
| C  09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.75 | 19,318.29 |
| C  10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 26.99 | 19,291.30 |
| C  10/27/14 | 005002 | David R. Williams and<br>Melody L. Williams | Return of Overpayment for Auto<br>Debtor paid more than order granted | 1129-002 | -1,158.67 | | 18,132.63 |
| C  10/27/14 | 1 | D&M Properties | Final Payment on Automobile | 1129-000 | 2,366.00 | | 20,498.63 |
| C  11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.25 | 20,469.38 |
| | | | Page Subtotals | | 20,675.66 | 206.28 | |

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 19.00

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-32647 -XXX | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | WILLIAMS, DAVID R. | Bank Name: | ASSOCIATED BANK |
| | WILLIAMS, MELODY L. | Account Number / CD #: | *******9887  Checking Account |
| Taxpayer ID No: | *******6694 | | |
| For Period Ending: | 11/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/05/14 | 2 | D&M Properties | Purchase of House | 1110-000 | 10,000.00 | | 30,469.38 |
| C  12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.56 | 30,439.82 |
| C  01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.33 | 30,396.49 |
| C  01/12/15 | 2 | D&M Properties | | 1110-000 | 2,000.00 | | 32,396.49 |
| C  02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.11 | 32,349.38 |
| C  03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.44 | 32,305.94 |
| C  07/10/15 | 005003 | Illinois Department of Revenue | Fiduciary Income Tax Due 12/31/14 | 5800-000 | | 450.00 | 31,855.94 |
| | | | Due for Taxable year ending December 31, 2014 | | | | |
| C  08/12/15 | 19 | Illinois Department of Revenue | | 1224-000 | 7.44 | | 31,863.38 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 32,683.10 | 819.72 | 31,863.38 |
| Less:  Bank Transfers/CD's | | 2,346.00 | 0.00 | |
| Subtotal | | 30,337.10 | 819.72 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 30,337.10 | 819.72 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals        12,007.44        613.44

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 19.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| | |
|---|---|
| Case No: 13-32647 -XXX | Trustee Name: PHILIP V. MARTINO |
| Case Name: WILLIAMS, DAVID R. | Bank Name: CONGRESSIONAL BANK |
| WILLIAMS, MELODY L. | Account Number / CD #: *******0275 Congressional Bank- Checking Accoun |
| Taxpayer ID No: *******6694 | |
| For Period Ending: 11/03/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 11/12/13 | 1 | David Williams | | 1129-000 | 1,183.00 | | 1,183.00 |
| C 01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 1,173.00 |
| C 01/21/14 | 1 | D&M Properties | Payment on Cars | 1129-000 | 1,183.00 | | 2,356.00 |
| C 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 10.00 | 2,346.00 |
| C t 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 2,346.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 2,366.00 | 2,366.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 2,346.00 | |
| * Reversed | Subtotal | 2,366.00 | 20.00 | |
| t Funds Transfer | Less: Payments to Debtors | | 0.00 | |
| C Bank Cleared | Net | 2,366.00 | 20.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9887 | 30,337.10 | 819.72 | 31,863.38 |
| Congressional Bank- Checking Accoun - ********0275 | 2,366.00 | 20.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 32,703.10 | 839.72 | 31,863.38 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  2,366.00  2,366.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 19.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 03, 2015 |

Case Number: 13-32647  
Debtor Name: WILLIAMS, DAVID R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Philip V. Martino, Trustee | Administrative | | $4,019.57 | $0.00 | $4,019.57 |
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $6,708.70 | $0.00 | $6,708.70 |
| 001<br>3410-00 | Popowcer & Katten | Administrative | | $1,025.00 | $0.00 | $1,025.00 |
| 000001<br>070<br>7100-00 | COMMONWEALTH EDISON COMPANY<br>CLAIMS DEPARTMENT<br>3 LINCOLN CENTER<br>OAK BROOK TERRACE, IL 60181 | Unsecured | Withdrawn | $0.00 | $0.00 | $0.00 |
| 000002<br>070<br>7100-00 | COMMONWEALTH EDISON COMPANY<br>CLAIMS DEPARTMENT<br>3 LINCOLN CENTER<br>OAK BROOK TERRACE, IL 60181 | Unsecured | | $504.35 | $0.00 | $504.35 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $13,222.06 | $0.00 | $13,222.06 |
| 000004<br>070<br>7100-00 | PEOPLES GAS LIGHT AND COKE CO<br>130 E RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Unsecured | | $11,109.53 | $0.00 | $11,109.53 |
| 000005<br>070<br>7100-00 | Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Unsecured | | $523.47 | $0.00 | $523.47 |
| 000006A<br>070<br>7100-00 | Albany Bank<br>c/o Brenda Helms/Albank<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625 | Unsecured | | $187,651.78 | $0.00 | $187,651.78 |
| 000007<br>070<br>7100-00 | Frackiel Builders Inc.<br>Daniel P. Scott Ltd.<br>5440 N. Cumberland<br>Chicago, IL 60656 | Unsecured | | $26,647.00 | $0.00 | $26,647.00 |
| 000008<br>070<br>7100-00 | Pennie Gibson<br>9243 West Cermak Road Apt #2s<br>North Riverside, IL 60546 | Unsecured | | $2,600.00 | $0.00 | $2,600.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 03, 2015 |
|---|---|---|---|---|---|---|

Case Number: 13-32647　　　　　　　　　　　Claim Class Sequence
Debtor Name: WILLIAMS, DAVID R.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $254,011.46 | $0.00 | $254,011.46 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-32647
Case Name: WILLIAMS, DAVID R.
       WILLIAMS, MELODY L.
Trustee Name: PHILIP V. MARTINO

Balance on hand                                                                     $       31,863.38

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 4,019.57 | $ 0.00 | $ 4,019.57 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 6,471.50 | $ 0.00 | $ 6,471.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 237.20 | $ 0.00 | $ 237.20 |
| Accountant for Trustee Fees: Popowcer & Katten | $ 1,025.00 | $ 0.00 | $ 1,025.00 |

Total to be paid for chapter 7 administrative expenses        $       11,753.27

Remaining Balance                                             $       20,110.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 242,258.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | COMMONWEALTH EDISON COMPANY | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | COMMONWEALTH EDISON COMPANY | $ 504.35 | $ 0.00 | $ 41.87 |
| 000003 | Discover Bank | $ 13,222.06 | $ 0.00 | $ 1,097.58 |
| 000004 | PEOPLES GAS LIGHT AND COKE CO | $ 11,109.53 | $ 0.00 | $ 922.21 |
| 000005 | Sprint Nextel | $ 523.47 | $ 0.00 | $ 43.45 |
| 000006A | Albany Bank | $ 187,651.78 | $ 0.00 | $ 15,577.17 |
| 000007 | Frackiel Builders Inc. | $ 26,647.00 | $ 0.00 | $ 2,212.00 |
| 000008 | Pennie Gibson | $ 2,600.00 | $ 0.00 | $ 215.83 |

Total to be paid to timely general unsecured creditors      $ 20,110.11

Remaining Balance      $ 0.00

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE