UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 13-32647 |
| **DAVID R. AND MELODY L. WILLIAMS**, | ) | Judge   Deborah L. Thorne |
| | ) | |
| Debtors. | ) | |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF FEES OF POPOWCER KATTEN, LTD., ACCOUNTANTS

Trustee, Philip V. Martino, through his attorneys, moves this Court pursuant to 11 U.S.C. § 330, for authority to pay $1,025.00 to Popowcer Katten, Ltd. ("**Popowcer**") for 4.1 hours of services rendered.

In support of this First and Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On August 15, 2013 Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case.

2. The Meeting of Creditors was held on October 2, 2013.

3. Debtors' schedules reflect ownership in 16 real estate parcels and two vehicles (the "**Property**") that could possibly benefit the unsecured creditors in this bankruptcy.  Pursuant to this Court's order, entered on February 5, 2014, Trustee sold the vehicles to Debtors for $14,000, less $3,304.34 in exemptions and the Estate's interest in the property located at 9121 S. Justine Street, Chicago, IL 60620 for $22,000.00.

4. On January 21, 2015, this Court entered an order allowing Trustee to retain Lois West and Popowcer Katten, Ltd. as his accountants.

5. The Trustee currently holds approximately $32,305.94 in his account for this estate.

6. All professional services for which compensation is requested herein were performed by Popowcer and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Popowcer prepared the Federal and Illinois tax returns for the year ended December 31, 2014. An itemized breakdown of services rendered is attached as **Exhibit A**.

7. This is Popowcer's first and final fee application.

**WHEREFORE**, Philip V. Martino, as Trustee, requests the entry of an order:

A. Authorizing to Popowcer compensation in this bankruptcy proceeding in the amount of $1,025.00 for 4.1 hours of services rendered.

B. Authorizing and directing Trustee to remit payment to Popowcer in the amount requested above; and

D. For such other and further relief as this Court may deem equitable and just.

    Respectfully submitted,

    **PHILIP V. MARTINO, as Trustee**


    By: /s/ Philip V. Martino
        Philip V. Martino, Trustee

Philip V. Martino
Sarah K. Baker
**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

2



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

Invoice No. 28135

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of David & Melody Williams  (13-32647)
- c/o Philip Martino, Trustee
- Quarles & Brady
- 300 N. LaSalle Street, Suite 4000
- Chicago, IL 60654

**Date:** July 16, 2015            **Account No.:** MAW15056L

For Professional Services Rendered:

For accounting and tax services rendered for the period April 17, 2015 through July 8, 2015 including preparation of federal and state fiduciary income tax returns for the year ended December 31, 2014 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|          | Title                | Hours | Rate   | Amount     |
|----------|----------------------|-------|--------|------------|
| L. West  | Bankruptcy Specialist| 4.1   | $250.  | $ 1,025.00 |
|          | Total:               | 4.1   |        | $ 1,025.00 |

ESTATE OF DAVID & MELODY WILLIAMS  (13-32647)

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 4/17/2015 | Tax Return Preparation - Review information received from trustee re: option sale of real estate. Email to client requesting additional cost basis and depreciation information. | 0.5 | L. West | $250 | 125.00 |
| 7/7/2015 | Tax Return Preparation - Prepare workpapers and federal and state fiduciary returns for year ended 12/31/14 - forms 1041/1040 and IL-1041/IL-1040. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required - draft statement for attachment to returns re: bankruptcy filing. | 3.3 | L. West | $250 | 825.00 |
| 7/8/2015 | Tax Review - Final review - check assembly and sign returns for 2014 - forms 1041/1040 and IL-1041/IL-1040. | 0.3 | L. West | $250 | 75.00 |
| | Total | 4.1 | | | 1,025.00 |

1