DEBORAH L. THORNE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

In re:                                       §
                                             §
WILLIAMS, DAVID R.                           §     Case No. 13-32647
WILLIAMS, MELODY L.                          §
                                             §
         Debtors                             §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/08/2015 in Courtroom 613,

United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/06/2015                    By: Clerk of the Bankruptcy Court
                                                 Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
WILLIAMS, DAVID R. § Case No. 13-32647
WILLIAMS, MELODY L. §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 32,703.10 |
| and approved disbursements of | $ | 839.72 |
| leaving a balance on hand of[1] | $ | 31,863.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 4,019.57 | $ 0.00 | $ 4,019.57 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 6,471.50 | $ 0.00 | $ 6,471.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 237.20 | $ 0.00 | $ 237.20 |
| Accountant for Trustee Fees: Popowcer & Katten | $ 1,025.00 | $ 0.00 | $ 1,025.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,753.27 |
| Remaining Balance | | $ | 20,110.11 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 242,258.19  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | COMMONWEALTH EDISON COMPANY | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | COMMONWEALTH EDISON COMPANY | $ 504.35 | $ 0.00 | $ 41.87 |
| 000003 | Discover Bank | $ 13,222.06 | $ 0.00 | $ 1,097.58 |
| 000004 | PEOPLES GAS LIGHT AND COKE CO | $ 11,109.53 | $ 0.00 | $ 922.21 |
| 000005 | Sprint Nextel | $ 523.47 | $ 0.00 | $ 43.45 |
| 000006A | Albany Bank | $ 187,651.78 | $ 0.00 | $ 15,577.17 |
| 000007 | Frackiel Builders Inc. | $ 26,647.00 | $ 0.00 | $ 2,212.00 |
| 000008 | Pennie Gibson | $ 2,600.00 | $ 0.00 | $ 215.83 |
| | Total to be paid to timely general unsecured creditors | | | $ 20,110.11 |

    Remaining Balance                                                                                                             $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                              Prepared By: /s/Philip V. Martino
                                                                                                                      Trustee

*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-32647-DLT
David R. Williams                                                       Chapter 7
Melody L. Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Nov 09, 2015
                              Form ID: pdf006          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2015.
```
db/jdb         +David R. Williams,    Melody L. Williams,    9545 S. Hoyne Street,    Chicago, IL 60643-1121
aty            +Quarles & Brady LLP,    300 North LaSalle Street,    Suite 4000,    Chicago, IL 60654-5427
20876431       +7800 S. Michigan, LLC,    11528 S. Halsted,    Chicago, IL 60628-5218
20876432       +9000-9002 S. Bishop, LLC,    11528 S. Halsted,    Chicago, IL 60628-5218
20876433       +9040 S. Bishop, LLC,    11528 S. Halsted,    Chicago, IL 60628-5218
20876434       +9400 S. Laflin, LLC,    11528 S. Halsted,    Chicago, IL 60628-5218
20876435       +Abt Tv,    PO Box 981439,    El Paso, TX 79998-1439
20876436       +Albany Bank,    c/o Brenda Helms/Albank,    3400 W. Lawrence Ave.,    Chicago, IL 60625-5188
20876441       +CIC,    222 S. Riverside Ste 2200,    Chicago, IL 60606-6101
20876437       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
20876439       +Chicago Title Land Trust Company,    10 S. LaSalle St. Ste 2750,    Chicago, IL 60603-1108
20876445       +City of Chicago,    121 North LaSalle Street,    Chicago, IL 60602-1202
20876451       +City of Chicago- Dept. of Finance,    PO Box 6330,    Chicago, IL 60680-6330
20876464        Cook County Treasurer,    P.O. Box 802448,    Chicago, IL 60680-2448
20876465       +Corporation Counsel,    30 N. LaSalle Ste. 800,    Chicago, IL 60602-3542
20876466       +D & M Properties Serial LLC,    11528 S. Halsted,    Chicago, IL 60628-5218
20876467       +D & M Properties Series, LLC,    11528 S. Halsted,    Chicago, IL 60628-5218
20876470       +Fannie Mae Mortgage Association,    3900 Wisconsin Ave NW,    Washington, DC 20016-2806
20876475       +Fewer Bolier,    4333 S Cottage Grove Ave,    Chicago, IL 60653-3513
20876476       +Frackiel Builders,    6021 W. Giddings St.,    Chicago, IL 60630-3108
20876468       +Frackiel Builders Inc.,    Daniel P. Scott Ltd.,    5440 N. Cumberland,    Chicago, IL 60656-1490
20876477       +Great Lakes,    13057 S. Western Ave.,    Blue Island, IL 60406-2418
20876480       +Heller Shapiro Frisone,    33 N. LaSalle,    Chicago, IL 60602-2866
20876481       +Katten Muchin Rosenman LLC,    525 W. Monroe St.,    Chicago, IL 60661-3693
21173240       +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
22358589       +Pennie Gibson,    632 N. Homan,    Chicago, IL 60624-1465
22687296       +Pennie Gibson,    9243 West Cermak Road Apt #2s,    North Riverside, IL 60546-1189
20876482       +Peoples Energy,    130 E Randolph,    Chicago, IL 60601-6207
20876484       +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
20876497       +The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
20876499       +Urban Partnership Bank,    7054 S Jeffery Blvd,    Chicago, IL 60649-2095
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20932603       +E-mail/Text: legalcollections@comed.com Nov 10 2015 01:03:06     COMMONWEALTH EDISON COMPANY,
                 CLAIMS DEPARTMENT,    3 LINCOLN CENTER,    OAK BROOK TERRACE, IL 60181-4204
20956210       +E-mail/Text: legalcollections@comed.com Nov 10 2015 01:03:06     COMMONWEALTH EDISON COMPANY,
                 Bankruptcy Department,    Three Lincoln Center,    Oakbrook Terrace, IL 60181-4204
20876459        E-mail/Text: legalcollections@comed.com Nov 10 2015 01:03:06     ComEd,    PO Box 6111,
                 Carol Stream, IL 60197-6111
20876469        E-mail/PDF: mrdiscen@discover.com Nov 10 2015 02:29:12     Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
21079082        E-mail/PDF: mrdiscen@discover.com Nov 10 2015 02:29:12     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20876488       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 10 2015 01:00:22     Resurgent,
                 PO Box 10584,    Greenville, SC 29603-0584
20876489       +E-mail/Text: jweddle@rawlegal.net Nov 10 2015 01:02:48     Roberts & Weddle LLC,
                 111 N. Cananl #885,    Chicago, IL 60606-7222
20876490       +E-mail/Text: jweddle@rawlegal.net Nov 10 2015 01:02:48     Roberts & Weddle LLC,
                 111 N. Canal #885,    Chicago, IL 60606-7222
20876496        E-mail/Text: appebnmailbox@sprint.com Nov 10 2015 01:01:54     Sprint,    PO Box 4191,
                 Carol Stream, IL 60197-4191
21199737        E-mail/Text: appebnmailbox@sprint.com Nov 10 2015 01:01:55     Sprint Nextel,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
20876492       +E-mail/Text: cop@santander.us Nov 10 2015 01:01:49     Sovereign Bank,    PO Box 14683,
                 Reading, PA 19612-4683
20876498       +Fax: 866-419-3894 Nov 10 2015 01:37:09     U.S Cellular,    Dept 0205,    Palatine, IL 60055-0001
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20876442*      +CIC,    222 S. Riverside Ste 2200,    Chicago, IL 60606-6101
20876443*      +CIC,    222 S. Riverside Ste 2200,    Chicago, IL 60606-6101
20876444*      +CIC,    222 S. Riverside Ste 2200,    Chicago, IL 60606-6101
20932607*      +COMMONWEALTH EDISON COMPANY,    CLAIMS DEPARTMENT,    3 LINCOLN CENTER,
                 OAK BROOK TERRACE, IL 60181-4204
20876438*      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
20876440*      +Chicago Title Land Trust Company,    10 S. LaSalle St. Ste 2750,    Chicago, IL 60603-1108
20876446*      +City of Chicago,    121 North LaSalle Street,    Chicago, IL 60602-1202
20876447*      +City of Chicago,    121 North LaSalle Street,    Chicago, IL 60602-1202
20876448*      +City of Chicago,    121 North LaSalle Street,    Chicago, IL 60602-1202
20876449*      +City of Chicago,    121 North LaSalle Street,    Chicago, IL 60602-1202
20876450*      +City of Chicago,    121 North LaSalle Street,    Chicago, IL 60602-1202
20876452*      +City of Chicago- Dept. of Finance,    PO Box 6330,    Chicago, IL 60680-6330
20876453*      +City of Chicago- Dept. of Finance,    PO Box 6330,    Chicago, IL 60680-6330
```

```
District/off: 0752-1           User: cmendoza1            Page 2 of 2               Date Rcvd: Nov 09, 2015
                               Form ID: pdf006            Total Noticed: 43


            ***** BYPASSED RECIPIENTS (continued) *****
20876454*      +City of Chicago- Dept. of Finance,    PO Box 6330,    Chicago, IL 60680-6330
20876455*      +City of Chicago- Dept. of Finance,    PO Box 6330,    Chicago, IL 60680-6330
20876456*      +City of Chicago- Dept. of Finance,    PO Box 6330,    Chicago, IL 60680-6330
20876457*      +City of Chicago- Dept. of Finance,    PO Box 6330,    Chicago, IL 60680-6330
20876458*      +City of Chicago- Dept. of Finance,    PO Box 6330,    Chicago, IL 60680-6330
20876460*       ComEd,   PO Box 6111,    Carol Stream, IL 60197-6111
20876461*       ComEd,   PO Box 6111,    Carol Stream, IL 60197-6111
20876462*       ComEd,   PO Box 6111,    Carol Stream, IL 60197-6111
20876463*       ComEd,   PO Box 6111,    Carol Stream, IL 60197-6111
20876471*      +Fannie Mae Mortgage Association,    3900 Wisconsin Ave NW,    Washington, DC 20016-2806
20876472*      +Fannie Mae Mortgage Association,    3900 Wisconsin Ave NW,    Washington, DC 20016-2806
20876473*      +Fannie Mae Mortgage Association,    3900 Wisconsin Ave NW,    Washington, DC 20016-2806
20876474*      +Fannie Mae Mortgage Association,    3900 Wisconsin Ave NW,    Washington, DC 20016-2806
20876478*      +Great Lakes,    13057 S. Western Ave.,    Blue Island, IL 60406-2418
20876479*      +Great Lakes,    13057 S. Western Ave.,    Blue Island, IL 60406-2418
20876483*      +Peoples Energy,    130 E Randolph,    Chicago, IL 60601-6207
20876485*      +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
20876486*      +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
20876487*      +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
20876491*      +Roberts & Weddle LLC,    111 N. Canal #885,    Chicago, IL 60606-7222
20876493*      +Sovereign Bank,    PO Box 14683,    Reading, PA 19612-4683
20876494*      +Sovereign Bank,    PO Box 14683,    Reading, PA 19612-4683
20876495*      +Sovereign Bank,    PO Box 14683,    Reading, PA 19612-4683
20876500*      +Urban Partnership Bank,    7054 S Jeffery Blvd,    Chicago, IL 60649-2095
20876501*      +Urban Partnership Bank,    7054 S Jeffery Blvd,    Chicago, IL 60649-2095
20876502*      +Urban Partnership Bank,    7054 S Jeffery Blvd,    Chicago, IL 60649-2095
                                                                                   TOTALS: 0, * 39, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2015 at the address(es) listed below:
              Amanda E Losquadro    on behalf of Creditor    Urban Partnership Bank alosquadro@chuhak.com,
               mvasquez@chuhak.com
              Jeffrey W Finke    on behalf of Creditor    Albany Bank and Trust Company, N.A.
               jwfinke@mindspring.com
              Joseph E Cohen    on behalf of Joint Debtor Melody L. Williams jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    on behalf of Debtor David R. Williams jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ    on behalf of Accountant Lois   West philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Sarah Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
              Steven R Rappin    on behalf of Creditor    Community Investment Corporation dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                             TOTAL: 10
```