DEBORAH L. THORNE
# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAMS, DAVID R. | § | Case No. 13-32647 |
| WILLIAMS, MELODY L. | § | |
| | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 4,016,077.00                    Assets Exempt: 31,301.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 20,560.11       Claims Discharged
                                                                                                          Without Payment: 361,512.08

Total Expenses of Administration: 12,142.99

---

     3) Total gross receipts of $ 32,703.10  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 32,703.10  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,002,964.16 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,142.99 | 12,142.99 | 12,142.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 450.00 | 450.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 392,704.91 | 242,258.16 | 242,258.19 | 20,110.11 |
| **TOTAL DISBURSEMENTS** | $ 7,395,669.07 | $ 254,401.15 | $ 254,851.18 | $ 32,703.10 |

4) This case was originally filed under chapter 7 on 08/15/2013 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/02/2016              By: /s/PHILIP V. MARTINO
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 9121 S. Justine Street, Chicago, IL 60620 | 1110-000 | 22,000.00 |
| 2006 FORD F350 LARIAT | 1129-000 | 11,854.33 |
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-002 | -1,158.67 |
| Refund of IDOR Taxes paid 7/21/15 | 1224-000 | 7.44 |
| **TOTAL GROSS RECEIPTS** | | **$ 32,703.10** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albany Bank 3400 W. Lawrence Ave. Chicago, IL 60625 | | 208,073.98 | NA | NA | 0.00 |
| | CIC 222 S. Riverside Ste 2200 Chicago, IL 60606 | | 285,552.44 | NA | NA | 0.00 |
| | CIC 222 S. Riverside Ste 2200 Chicago, IL 60606 | | 405,795.90 | NA | NA | 0.00 |
| | CIC 222 S. Riverside Ste 2200 Chicago, IL 60606 | | 431,590.20 | NA | NA | 0.00 |
| | CIC 222 S. Riverside Ste 2200 Chicago, IL 60606 | | 413,514.00 | NA | NA | 0.00 |
| | Fannie Mae Mortgage Association 3900 Wisconsin Ave NW Washington, DC 20016 | | 0.00 | NA | NA | 0.00 |
| | Great Lakes 13057 S. Western Ave. Blue Island, IL 60406 | | 295,450.26 | NA | NA | 0.00 |
| | Great Lakes 13057 S. Western Ave. Blue Island, IL 60406 | | 592,060.76 | NA | NA | 0.00 |
| | Great Lakes 13057 S. Western Ave. Blue Island, IL 60406 | | 464,959.44 | NA | NA | 0.00 |
| | Resurgent PO Box 10584 Greenville, SC 29603 | | 163,231.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sovereign Bank PO Box 14683 Reading, PA 19612 | | 739,903.44 | NA | NA | 0.00 |
| | Sovereign Bank PO Box 14683 Reading, PA 19612 | | 865,267.49 | NA | NA | 0.00 |
| | Sovereign Bank PO Box 14683 Reading, PA 19612 | | 866,648.93 | NA | NA | 0.00 |
| | Sovereign Bank PO Box 14683 Reading, PA 19612 | | 838,630.34 | NA | NA | 0.00 |
| | Urban Partnership Bank 7054 S Jeffery Blvd Chicago, IL 60649 | | 376,558.00 | NA | NA | 0.00 |
| | Urban Partnership Bank 7054 S Jeffery Blvd Chicago, IL 60649 | | 35,418.00 | NA | NA | 0.00 |
| | Urban Partnership Bank 7054 S Jeffery Blvd Chicago, IL 60649 | | 20,309.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 7,002,964.16 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 2100-000 | NA | 4,019.57 | 4,019.57 | 4,019.57 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 12.09 | 12.09 | 12.09 |
| Associated Bank | 2600-000 | NA | 357.63 | 357.63 | 357.63 |
| CONGRESSIONAL | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| CONGRESSIONAL BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| QUARLES & BRADY LLP | 3110-000 | NA | 6,471.50 | 6,471.50 | 6,471.50 |
| QUARLES & BRADY LLP | 3120-000 | NA | 237.20 | 237.20 | 237.20 |
| POPOWCER & KATTEN | 3410-000 | NA | 1,025.00 | 1,025.00 | 1,025.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,142.99 | $ 12,142.99 | $ 12,142.99 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer P.O. Box 802448 Chicago, IL 60680-2448 | | 0.00 | NA | NA | 0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 0.00 | 450.00 | 450.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 450.00 | $ 450.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abt Tv PO Box 981439 El Paso, TX 79998 | | 1,247.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 8,453.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 7,725.00 | NA | NA | 0.00 |
| | Chicago Title Land Trust Company 10 S. LaSalle St. Ste 2750 Chicago, IL 60603 | | 469.00 | NA | NA | 0.00 |
| | Chicago Title Land Trust Company 10 S. LaSalle St. Ste 2750 Chicago, IL 60603 | | 1,270.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago 121 North LaSalle Street Chicago, IL 60602 | | 7,000.00 | NA | NA | 0.00 |
| | City of Chicago 121 North LaSalle Street Chicago, IL 60602 | | 1,989.08 | NA | NA | 0.00 |
| | City of Chicago 121 North LaSalle Street Chicago, IL 60602 | | 660.00 | NA | NA | 0.00 |
| | City of Chicago 121 North LaSalle Street Chicago, IL 60602 | | 778.35 | NA | NA | 0.00 |
| | City of Chicago 121 North LaSalle Street Chicago, IL 60602 | | 6,120.94 | NA | NA | 0.00 |
| | City of Chicago 121 North LaSalle Street Chicago, IL 60602 | | 2,279.20 | NA | NA | 0.00 |
| | City of Chicago- Dept. of Finance PO Box 6330 Chicago, IL 60680 | | 2,852.24 | NA | NA | 0.00 |
| | City of Chicago- Dept. of Finance PO Box 6330 Chicago, IL 60680 | | 10,608.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago- Dept. of Finance PO Box 6330 Chicago, IL 60680 | | 8,459.67 | NA | NA | 0.00 |
| | City of Chicago- Dept. of Finance PO Box 6330 Chicago, IL 60680 | | 11,296.84 | NA | NA | 0.00 |
| | City of Chicago- Dept. of Finance PO Box 6330 Chicago, IL 60680 | | 4,415.52 | NA | NA | 0.00 |
| | City of Chicago- Dept. of Finance PO Box 6330 Chicago, IL 60680 | | 8,164.09 | NA | NA | 0.00 |
| | City of Chicago- Dept. of Finance PO Box 6330 Chicago, IL 60680 | | 9,324.11 | NA | NA | 0.00 |
| | City of Chicago- Dept. of Finance PO Box 6330 Chicago, IL 60680 | | 4,897.56 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | 43.85 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | 456.27 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | 913.06 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | 557.62 | NA | NA | 0.00 |
| | Fewer Bolier 4333 S Cottage Grove Ave Chicago, IL 60653 | | 11,000.00 | NA | NA | 0.00 |
| | Peoples Energy 130 E Randolph Chicago, IL 60601 | | 2,320.00 | NA | NA | 0.00 |
| | Peoples Energy 130 E Randolph Chicago, IL 60601 | | 1,729.00 | NA | NA | 0.00 |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | 3,312.00 | NA | NA | 0.00 |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | 1,883.00 | NA | NA | 0.00 |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | 922.00 | NA | NA | 0.00 |
| | The Home Depot PO Box 6497 Sioux Falls, SD 57117 | | 17,616.00 | NA | NA | 0.00 |
| | U.S Cellular Dept 0205 Palatine, IL 60055 | | 151.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Urban Partnership Bank 7054 S Jeffery Blvd Chicago, IL 60649 | | 449.00 | NA | NA | 0.00 |
| 000006A | ALBANY BANK | 7100-000 | 208,073.98 | 187,651.75 | 187,651.78 | 15,577.17 |
| 000001 | COMMONWEALTH EDISON COMPANY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000002 | COMMONWEALTH EDISON COMPANY | 7100-000 | 1,734.78 | 504.35 | 504.35 | 41.87 |
| 000003 | DISCOVER BANK | 7100-000 | 13,535.00 | 13,222.06 | 13,222.06 | 1,097.58 |
| 000007 | FRACKIEL BUILDERS INC. | 7100-000 | 26,250.00 | 26,647.00 | 26,647.00 | 2,212.00 |
| 000008 | PENNIE GIBSON | 7100-000 | NA | 2,600.00 | 2,600.00 | 215.83 |
| 000004 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | 3,456.00 | 11,109.53 | 11,109.53 | 922.21 |
| 000005 | SPRINT NEXTEL | 7100-000 | 291.15 | 523.47 | 523.47 | 43.45 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 392,704.91 | $ 242,258.16 | $ 242,258.19 | $ 20,110.11 |

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-32647 | XXX | Judge: DEBORAH L. THORNE | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | WILLIAMS, DAVID R. | | | Date Filed (f) or Converted (c): | 08/15/13 (f) |
| | WILLIAMS, MELODY L. | | | 341(a) Meeting Date: | 10/02/13 |
| For Period Ending: | 02/02/16 | | | Claims Bar Date: | 01/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2006 FORD F350 LARIAT | 14,000.00 | 10,695.66 | | 10,695.66 | FA |
| 2. 9121 S. Justine Street, Chicago, IL 60620 | 40,000.00 | 20,000.00 | | 22,000.00 | FA |
| 3. Cash on Hand | 60.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT | 995.66 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSIT | 1,480.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. MISC BOOKS | 200.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 9. COSTUME JEWELR | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. GLOCK 23 AND XDS HANDGUNS | 500.00 | 0.00 | | 0.00 | FA |
| 11. SPORTS EQUIPMENT | 350.00 | 0.00 | | 0.00 | FA |
| 12. LIFE INSURANCE POLICIES | 4,700.00 | 0.00 | | 0.00 | FA |
| 13. PENSION | Unknown | 0.00 | | 0.00 | FA |
| 14. D&M PROPERTIES | 0.00 | 0.00 | | 0.00 | FA |
| 15. PERSONAL INJURY | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2004 GMC YUKON | 5,000.00 | 0.00 | | 0.00 | FA |
| 17. COMPUTER | 200.00 | 0.00 | | 0.00 | FA |
| 18. TOOLS | 250.00 | 0.00 | | 0.00 | FA |
| 19. Refund of IDOR Taxes paid 7/21/15 (u) | 0.00 | 7.44 | | 7.44 | FA |
| 20. ACCOUNTS RECEIVABLE | 80,000.00 | 0.00 | | 0.00 | FA |
| 21. 8200 S Christiana Avenue | 147,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 22. 9545 S Hoyne Avenue | 418,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 23. 7831 S Union | 97,333.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |

LFORM1

Ver: 19.05c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No: 13-32647    XXX    Judge: DEBORAH L. THORNE | Trustee Name:    PHILIP V. MARTINO |
| Case Name: WILLIAMS, DAVID R. | Date Filed (f) or Converted (c):    08/15/13 (f) |
| WILLIAMS, MELODY L. | 341(a) Meeting Date:    10/02/13 |
| | Claims Bar Date:    01/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. 6156 S Washtenaw Avenue | 242,683.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 25. 9355 S Laflin Street | 465,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 26. 9017 S. Bishop | 137,500.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 27. 7615-23 Blackstone | 249,166.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 28. 312-316 E 75th Street | 187,666.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 29. 9036-38 S Bishop | 330,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 30. 3232 S Bishop | 295,890.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 31. 9327 S. Peoria | 57,300.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 32. 7800-02 S Michigan | 389,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 33. 9000-9002 S. Bishop | 289,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 34. 9040 S Bishop | 252,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |
| 35. 9400 S. Laflin | 389,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned pursuant to Order (Docket 60). | | | | | |

Gross Value of Remaining Assets

Case 13-32647    Doc 75    Filed 02/29/16    Entered 02/29/16 14:10:17    Desc Main
Document      Page 14 of 18

Form 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

Case No:        13-32647        XXX    Judge: DEBORAH L. THORNE                          Trustee Name:          PHILIP V. MARTINO
Case Name:      WILLIAMS, DAVID R.                                                        Date Filed (f) or Converted (c):    08/15/13 (f)
                WILLIAMS, MELODY L.                                                       341(a) Meeting Date:    10/02/13
                                                                                          Claims Bar Date:        01/03/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $4,098,073.66 | $30,703.10 | | $32,703.10 | $0.00 |

(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/15     Current Projected Date of Final Report (TFR): 12/31/15

         /s/    PHILIP V. MARTINO
_____  Date: 02/02/16
         PHILIP V. MARTINO

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-32647 -XXX | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | WILLIAMS, DAVID R. | | Bank Name: | ASSOCIATED BANK |
| | WILLIAMS, MELODY L. | | Account Number / CD #: | *******9887  Checking Account |
| Taxpayer ID No: | *******6694 | | | |
| For Period Ending: | 02/02/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 2,346.00 | | 2,346.00 |
| C   02/27/14 | 2 | David and Anita Williams | | 1110-000 | 10,000.00 | | 12,346.00 |
| C   03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,336.00 |
| C   04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Pro Rata Bond 016026455 | 2300-000 | | 12.09 | 12,323.91 |
| C   04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.34 | 12,305.57 |
| C   04/08/14 | 1 | D&M Properties P.O. Box 438122 Chicago, IL 60643 | February Payment on Car | 1129-000 | 1,182.00 | | 13,487.57 |
| C   04/08/14 | 1 | D&M Properties P.O. Box 438122 Chicago, IL 60643 | March Payment on Cars | 1129-000 | 1,182.00 | | 14,669.57 |
| C   05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.32 | 14,649.25 |
| C   06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.78 | 14,627.47 |
| C   07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.04 | 14,606.43 |
| C   08/05/14 | 1 | D&M Properties | 2 payments 1184.00 | 1129-000 | 2,368.00 | | 16,974.43 |
| C   08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.72 | 16,952.71 |
| C   09/08/14 | 1 | D & M Properties P.O. Box 438122 Chicago, IL 60643 | 2 payments plus on car | 1129-000 | 2,390.33 | | 19,343.04 |
| C   09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.75 | 19,318.29 |
| C   10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 26.99 | 19,291.30 |
| C   10/27/14 | 005002 | David R. Williams and Melody L. Williams | Return of Overpayment for Auto Debtor paid more than order granted | 1129-002 | -1,158.67 | | 18,132.63 |
| C   10/27/14 | 1 | D&M Properties | Final Payment on Automobile | 1129-000 | 2,366.00 | | 20,498.63 |
| C   11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.25 | 20,469.38 |
| | | | Page Subtotals | | 20,675.66 | 206.28 | |

Ver: 19.05c

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 15)*

FORM 2          Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| | |
|---|---|
| Case No: | 13-32647 -XXX |
| Case Name: | WILLIAMS, DAVID R. |
| | WILLIAMS, MELODY L. |
| Taxpayer ID No: | *******6694 |
| For Period Ending: | 02/02/16 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9887 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 12/05/14 | 2 | D&M Properties | Purchase of House | 1110-000 | 10,000.00 | | 30,469.38 |
| C 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.56 | 30,439.82 |
| C 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.33 | 30,396.49 |
| C 01/12/15 | 2 | D&M Properties | | 1110-000 | 2,000.00 | | 32,396.49 |
| C 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.11 | 32,349.38 |
| C 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.44 | 32,305.94 |
| C 07/10/15 | 005003 | Illinois Department of Revenue | Fiduciary Income Tax Due 12/31/14 | 5800-000 | | 450.00 | 31,855.94 |
| | | | Due for Taxable year ending December 31, 2014 | | | | |
| C 08/12/15 | 19 | Illinois Department of Revenue | | 1224-000 | 7.44 | | 31,863.38 |
| C 12/09/15 | 005004 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 4,019.57 | 27,843.81 |
| C 12/09/15 | 005005 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 6,708.70 | 21,135.11 |
| | | | Fees       6,471.50 | 3110-000 | | | |
| | | | Expenses     237.20 | 3120-000 | | | |
| C 12/09/15 | 005006 | Popowcer & Katten | Accountant for Trustee Fees (Other | 3410-000 | | 1,025.00 | 20,110.11 |
| C 12/09/15 | 005007 | COMMONWEALTH EDISON COMPANY | Claim 000002, Payment 8.30177% | 7100-000 | | 41.87 | 20,068.24 |
| | | CLAIMS DEPARTMENT | | | | | |
| | | 3 LINCOLN CENTER | | | | | |
| | | OAK BROOK TERRACE, IL 60181 | | | | | |
| C 12/09/15 | 005008 | Discover Bank | Claim 000003, Payment 8.30113% | 7100-000 | | 1,097.58 | 18,970.66 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| C 12/09/15 | 005009 | PEOPLES GAS LIGHT AND COKE CO | Claim 000004, Payment 8.30107% | 7100-000 | | 922.21 | 18,048.45 |
| | | 130 E RANDOLPH DRIVE | | | | | |
| | | CHICAGO, IL 60601 | | | | | |
| C 12/09/15 | 005010 | Sprint Nextel | Claim 000005, Payment 8.30038% | 7100-000 | | 43.45 | 18,005.00 |
| | | Attn Bankruptcy Dept | | | | | |
| | | PO Box 7949 | | | | | |
| | | Overland Park KS 66207-0949 | | | | | |
| | | | Page Subtotals | | 12,007.44 | 14,471.82 | |

Ver: 19.05c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-32647 -XXX |
| Case Name: | WILLIAMS, DAVID R. |
| | WILLIAMS, MELODY L. |
| Taxpayer ID No: | *******6694 |
| For Period Ending: | 02/02/16 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9887  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/09/15 | 005011 | Albany Bank<br>c/o Brenda Helms/Albank<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625 | Claim 000006A, Payment 8.30110%<br>(6-1) Note and Mortgage on real estate<br>(6-1) Modified on 12/9/2013 to correct creditor's address (mc) | 7100-000 | | 15,577.17 | 2,427.83 |
| C  12/09/15 | 005012 | Frackiel Builders Inc.<br>Daniel P. Scott Ltd.<br>5440 N. Cumberland<br>Chicago, IL 60656 | Claim 000007, Payment 8.30112%<br>(7-1) Modified on 1/24/2014 to correct creditor's name (ah) | 7100-000 | | 2,212.00 | 215.83 |
| C  12/09/15 | 005013 | Pennie Gibson<br>9243 West Cermak Road Apt #2s<br>North Riverside, IL 60546 | Claim 000008, Payment 8.30115% | 7100-000 | | 215.83 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 32,683.10 | 32,683.10 | 0.00 |
| Less:  Bank Transfers/CD's | 2,346.00 | 0.00 | |
| Subtotal | 30,337.10 | 32,683.10 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 30,337.10 | 32,683.10 | |

\*  **Reversed**
t  **Funds Transfer**
C  **Bank Cleared**

Page Subtotals                0.00          18,005.00

Ver: 19.05c

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-32647 -XXX | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | WILLIAMS, DAVID R. | | Bank Name: | CONGRESSIONAL BANK |
| | WILLIAMS, MELODY L. | | Account Number / CD #: | *******0275  Congressional Bank- Checking Accoun |
| Taxpayer ID No: | *******6694 | | | |
| For Period Ending: | 02/02/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  11/12/13 | 1 | David Williams | | 1129-000 | 1,183.00 | | 1,183.00 |
| C  01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 1,173.00 |
| C  01/21/14 | 1 | D&M Properties | Payment on Cars | 1129-000 | 1,183.00 | | 2,356.00 |
| C  02/06/14 | | Congressional | Bank Charges | 2600-000 | | 10.00 | 2,346.00 |
| C t 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 2,346.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,366.00 | 2,366.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,346.00 | |
| Subtotal | 2,366.00 | 20.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,366.00 | 20.00 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9887 | 30,337.10 | 32,683.10 | 0.00 |
| Congressional Bank- Checking Accoun - ********0275 | 2,366.00 | 20.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 32,703.10 | 32,703.10 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 2,366.00 | 2,366.00 |
|---|---|---|---|

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*